STATE OF NEW JERSEY v. VALENTINE D. PALUMBO.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE M. PALUMBO.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN WILCOTT.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN WILCOTT.

January 25, 1988.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. HAROLD BRITO.

January 25, 1988.

Petition for certification denied.